# United States District Court
## Southern District of Georgia

HERMAN MCCLOUDEN, III,

    Movant,

             v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV616-089
                      CR609-015

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 21, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Petitioner's R&R objection is OVERRULED and his 2255 motion is DISMISSED. The Court DENIES his motion for appointment of counsel. This case stands closed.



October 21, 2016
Date

Scott L. Poff
Clerk

_Mnyawa a. aris_
(By) Deputy Clerk